UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RODERICK ANDREW
LEE FORD, etc.,

Plaintiff,

v. CASE NO. 3:26-cv-1307-JEP-SJH

JOSHUA A. DOYLE, etc., et al.,

Defendants.
___________________________________/

# ORDER

Plaintiff's Amended Motion for Leave to File Electronically ("Motion"), Doc. 23, is **denied**. The Motion does not show good cause out of the ordinary for the requested relief. *See Gillespie v. Wilcox*, No. 5:25-cv-486-SPC-PRL, 2025 WL 2306739, at *1 (M.D. Fla. Aug. 11, 2025) ("'Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures.' … Plaintiff has not shown any extenuating circumstances or good cause under the circumstances presented to authorize his access to CM/ECF."); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011);[1] *Crockett v. Orange Cnty. Bd. of Cnty. Commissioners*, No. 6:24-cv-1234-AGM-LHP, 2025 WL 3515512, at *1 (M.D. Fla. Dec. 8, 2025).

[1] Unpublished opinions are not binding precedent; however, they may be cited when persuasive on a particular point. *See United States v. Futrell*, 209 F.3d 1286, 1289-90 (11th Cir. 2000); 11th Cir. R. 36-2.

The circumstances argued by Plaintiff, related to the convenience of electronic filing, are insufficient. *See, e.g.*, *Mancuso v. Perez-Molina*, No. 6:26-cv-990-PGB-LHP, 2026 WL 1481498, at *1 (M.D. Fla. May 27, 2026) ("Here, Plaintiff makes no such showing, as simply referring to mailing delays, Plaintiff's out of state residence, and financial hardships is insufficient."); *Crockett*, 2025 WL 3515512, at *1 ("With respect to the concerns regarding costs and delays, these concerns are common to all *pro se* litigants who file paper documents, and if these burdens were enough to justify CM/ECF access, the exception would swallow the rule."); *see also Chalifoux v. Lowe*, No. 5:26-cv-294-AGM-PRL, 2026 WL 1974258, at *1 (M.D. Fla. July 8, 2026).

**DONE AND ORDERED** in Jacksonville, Florida, on August 7, 2026.

Samuel J. Horovitz
United States Magistrate Judge

Copies to:

*Pro Se* Plaintiff